IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 22 2010

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Violation No. 7:09PO232 |
| | ) |
| John Steven Shively | ) |

## ORDER TO DISMISS VIOLATION

And now, this 22rd day of September, 2010 the within motion is granted and it is hereby ORDERED and DECREED that the Violation, be and the same is hereby DISMISSED, without prejudice, in the interest of justice.

ENTERED this 22rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE